In the Matter of ISAIAH GADSDEN, Petitioner, v ELIZABETH O'MEARA, as Superintendent of Gouvernuer Correctional Facility, et al., Respondents. [32 NYS3d 520]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in St. Lawrence County) to review a determination of respondent Superintendent of Gouverneur Correctional Facility finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Lahtinen, Egan Jr., Devine and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.